| | |
|---|---|
| Debtor 1 | John Albert Hitchcock |
| Debtor 2 (Spouse, if filing) | Jessica Marie Hitchcock |
| United States Bankruptcy Court for the: Southern District of Ohio (Columbus) | |
| Case number | 15-57690 |

**Official Form 410S1**

# Notice of Mortgage Payment Change

If the debtor's plan provides for payment of postpetition contractual installments on your claim secured by a security interest in the debtor's principal residence, you must use this form to give notice of any changes in the installment payment amount. File this form as a supplement to your proof of claim at least 21 days before the new payment amount is due. See Bankruptcy Rule 3002.1.

**Name of Creditor:** Wells Fargo Bank, N.A.   **Court claim no.** (if known): 12

**Last 4 digits** of any number you use to identify the debtor's account: 0054

**Date of payment change:** Must be at least 21 days after date of this notice   07/01/2017

**Uniform Claim Identifier:** WFCMGE1557690OHS41450054

**New total payment:** Principal, interest, and escrow, if any   $817.39

---

### Part 1: Escrow Account Payment Adjustment

**1. Will there be a change in the debtor's escrow account payment?**

☐ No

☒ Yes   Attach a copy of the escrow account statement prepared in a form consistent with applicable nonbankruptcy law.
Describe the basis for the change. If a statement is not attached, explain why:

_____

Current escrow payment: $310.68     New escrow payment: $310.69

### Part 2: Mortgage Payment Adjustment

**2. Will the debtor's principal and interest payment change based on an adjustment to the interest rate in the debtor's variable-rate note?**

☒ No

☐ Yes   Attach a copy of the rate change notice prepared in a form consistent with applicable nonbankruptcy law.
If a notice is not attached, explain why:

_____

Current interest rate: _____     New interest rate: _____
Current principal and interest payment: _____     New principal and interest payment: _____

### Part 3: Other Payment Change

**3. Will there be a change in the debtor's mortgage payment for a reason not listed above?**

☒ No

☐ Yes   Attach a copy of any documents describing the basis for the change, such as a repayment plan or loan modification agreement. (Court approval may be required before the payment change can take effect.)

Reason for change: _____

Current mortgage payment: _____     New mortgage payment: _____

The CM/ECF system imposes certain constraints, including limits on the number of characters that may be entered into certain fields, when filing a proof of claim. As a result of these constraints and limitations, the creditor name that appears on the bankruptcy court's claims register (and any supplemental proof of claim) may differ from the creditor name that appears on the actual proof of claim form.

### Part 4: Sign Here

The person completing this Notice must sign it. Sign and print your name and your title, if any, and state your address and telephone number.

Check the appropriate box:

☑ I am the creditor.

☐ I am the creditor's authorized agent. (Attach copy of power of attorney, if any.)

I declare under penalty of perjury that the information provided in this claim is true and correct to the best of my knowledge, information, and reasonable belief.

✗ /s/ Bruce Brown                                        Date  05/15/2017
  VP Loan Documentation

Print: Bruce Brown                                       Title  VP Loan Documentation

Company   Wells Fargo Bank, N.A.                         Specific Contact Information:
Address   MAC N9286-01Y                                  P: 800-274-7025
          1000 Blue Gentian Road                         E: NoticeOfPaymentChangeInquiries@wellsfargo.com
          Eagan, MN 55121-7700

# UNITED STATES BANKRUPTCY COURT

Southern District of Ohio (Columbus)

Chapter 13 No. 15-57690

In re:

Judge: C. Kathryn Preston

John Albert Hitchcock and Jessica Marie Hitchcock

Debtor(s).

## CERTIFICATE OF SERVICE

I hereby certify that on or before May 16, 2017, I served a copy of this Notice and all attachments upon each of the entities named below by the court's notice of electronic filing or by placing a copy thereof in an envelope, in the United States Mail with first class mail postage prepaid, addressed to each of them as follows:

Debtor:     By U.S. Postal Service First Class Mail Postage Prepaid:

John Albert Hitchcock
Jessica Marie Hitchcock
211 Sturbridge Road
Columbus, OH 43228-1248

Debtor's Attorney:     By U.S. Postal Service First Class Mail Postage Prepaid:

Mark Albert Herder
1031 East Broad Street
Columbus, OH 43205

Trustee:     By U.S. Postal Service First Class Mail Postage Prepaid:

Frank M Pees
130 East Wilson Bridge Road
Suite 200
Worthington, OH 43085

/s/ Alicia Fisher

4 S Technologies, LLC
(as authorized agent for Wells Fargo Bank, N.A.)

1607

**WELLS FARGO HOME MORTGAGE**

**Return Mail Operations**
PO Box 14547
Des Moines, IA 50306-4547

**Escrow Review Statement**
*For informational purposes only*

**Statement Date:** May 4, 2017
**Loan number:**
**Property address:**
211 STURBRIDGE RD
COLUMBUS OH 43228-1248

### Customer Service

**Online**
wellsfargo.com

**Telephone**
1-800-340-0473

**Correspondence**
PO Box 10335
Des Moines, IA 50306

**Hours of operation**
Mon - Fri 7 a.m. - 8 p.m. CT

**To learn more, go to:**
wellsfargo.com/escrow

We accept telecommunications relay service calls

JESSICA M HITCHCOCK
211 STURBRIDGE RD
COLUMBUS OH 43228

*PLEASE NOTE: If you are presently seeking relief (or have previously been granted relief) under the United States Bankruptcy Code, this statement is being sent to you for informational purposes only. The summaries below are based on the terms of the loan and are provided for informational purposes only.*

Because the amounts billed for the escrow items can change over time, we review the escrow account to ensure there will be enough money to make these payments. Once the review is complete, we send the escrow review statement, also known as the escrow account disclosure statement.

Here's what we found:

- **Required minimum balance**: The escrow account balance is projected to be above the required minimum balance. This means there is an **overage**.

- **Future payments**: Based on what we expect to pay, as of July 1, 2017, the escrow portion of the payment will **decrease**.

> The escrow account has an overage of
> **$0.67**

## Part 1 - Mortgage payment

**New Payment**  The new total payment will be $817.39

| | Current payment§ | New payment |
|---|---|---|
| **Principal and/or interest** | $458.75 | $506.70 |
| **Escrow payment** | $370.00 | $310.69 |
| **Total payment amount** | $828.75 | $817.39 |

### No action required

Starting **July 1, 2017** the new contractual payment amount will be **$817.39**

§**Current payment** represents the next contractual payment on this loan.

**Note:** If this is an adjustable rate mortgage (ARM), a separate notice will be sent before the payment is scheduled to change.

**See Page 2 for additional details.**

## Part 2 - Payment calculations

For the past review period, the amount of the escrow items was $1,176.68. For the coming year, we expect the amount paid from escrow to be $3,728.24.

### How was the escrow payment calculated?

To determine the escrow payment, we add the projected escrow items to be paid over the next 12 months. We base these projected amounts on any escrow items that may have been paid in the past and any future anticipated payments to be made. We then divide the total amount by 12 payments to determine the escrow amount.

The chart below includes any actual escrow disbursements as well as any shortage that may have been identified for the past three analysis periods.

### Escrow comparison

|  | 12/12 - 11/13 (Actual) | 12/15 - 11/16 (Actual) | 10/16 - 05/17 (Actual) | 07/17 - 06/18 (Projected) |  | # of months |  | New monthly escrow amount |
|---|---|---|---|---|---|---|---|---|
| **Property taxes** | $2,473.98 | $2,140.44 | $1,070.26 | $2,140.52 | ÷ | 12 | = | $178.38 |
| **Property insurance** | $1,249.00 | $1,404.00 | $0.00 | $1,404.00 | ÷ | 12 | = | $117.00 |
| **Total taxes and insurance** | $3,722.98 | $3,544.44 | $1,070.26 | $3,544.52 | ÷ | 12 | = | $295.38 |
| **Mortgage insurance** | $542.16 | $496.98 | $106.42 | $183.72 | ÷ | 12 | = | $15.31 |
| **Total escrow** | $4,265.14 | $4,041.42 | $1,176.68 | $3,728.24 |  |  |  | $310.69 |

### Projected escrow account activity over the next 12 months

To determine if there will be a shortage or overage in the account, we calculate whether the amount of the lowest projected escrow balance will be greater or less than the required minimum balance. This is determined by subtracting the required minimum balance from the lowest projected balance. If the outcome is positive, there is an overage. If it is negative, there is a shortage. The calculation is below:

| Lowest projected escrow balance  August, 2017 |   | -$859.40 | (Calculated in Part 3 - Escrow account projections table) |
|---|---|---|---|
| Bankruptcy adjustment‡ | + | $1,450.83 |  |
| Minimum balance for the escrow account† | - | $590.76 | (Calculated as: $295.38  X 2 months) |
| **Escrow overage** | = | $0.67 |  |

‡This adjustment of $1,450.83, is the remaining amount of the pre-petition escrow shortage included in our proof of claim being paid through the confirmed bankruptcy plan.

†The minimum balance includes a cash reserve to help cover any increase in taxes and/or insurance. To calculate the cash reserve for the escrow account, we add up the total of the yearly escrow payments, and divide by 12 (this amount does not include mortgage insurance). We take this amount and multiply it by 2 as allowed by state laws and/or the mortgage contract to determine the cash reserve.

### Important messages

Wells Fargo is changing the way we handle escrow overage/surplus amounts. Previously, checks were sent to refund overages $50.00 or greater, while lesser amounts simply reduced a future payment. As of June 1, 2016, checks will be sent for all refunds, regardless of amount. To learn more about escrow accounts, visit wellsfargo.com/escrow.

As part of our ongoing efforts to improve the mortgage servicing experience, we have changed the timing of the escrow review. By changing the month in which the yearly review occurs, we will potentially reduce the amount of any shortage or overage in the escrow account. Our aim is to provide a more accurate assessment of future escrow payment amounts.

## Part 3 - Escrow account projections

### Escrow account projections from July, 2017 to June, 2018

| Date | Payments to escrow | What we expect to pay out | Description | Projected escrow balance | Balance required in the account |
|---|---|---|---|---|---|
| Jun 2017 | | | Starting balance | -$46.16 | $1,404.00 |
| Jul 2017 | $310.69 | $15.31 | PMI Insurance | $249.22 | $1,699.38 |
| Aug 2017 | $310.69 | $15.31 | PMI Insurance | $544.60 | $1,994.76 |
| Aug 2017 | $0.00 | $1,404.00 | GRANGE P & C INS | -$859.40 | $590.76 |
| Sep 2017 | $310.69 | $15.31 | PMI Insurance | -$564.02 | $886.14 |
| Oct 2017 | $310.69 | $15.31 | PMI Insurance | -$268.64 | $1,181.52 |
| Nov 2017 | $310.69 | $15.31 | PMI Insurance | $26.74 | $1,476.90 |
| Dec 2017 | $310.69 | $15.31 | PMI Insurance | $322.12 | $1,772.28 |
| Jan 2018 | $310.69 | $15.31 | PMI Insurance | $617.50 | $2,067.66 |
| Jan 2018 | $0.00 | $1,070.26 | FRANKLIN COUNTY (W)(5) | -$452.76 | $997.40 |
| Feb 2018 | $310.69 | $15.31 | PMI Insurance | -$157.38 | $1,292.78 |
| Mar 2018 | $310.69 | $15.31 | PMI Insurance | $138.00 | $1,588.16 |
| Apr 2018 | $310.69 | $15.31 | PMI Insurance | $433.38 | $1,883.54 |
| May 2018 | $310.69 | $15.31 | PMI Insurance | $728.76 | $2,178.92 |
| Jun 2018 | $310.69 | $15.31 | PMI Insurance | $1,024.14 | $2,474.30 |
| Jun 2018 | $0.00 | $1,070.26 | FRANKLIN COUNTY (W)(5) | -$46.12 | $1,404.04 |
| Totals | $3,728.28 | $3,728.24 | | | |

## Part 4 - Escrow account history

### Escrow account activity from October, 2016 to June, 2017

| Date | Deposits to escrow | | | Payments from escrow | | | Description | Escrow balance | | |
| | Actual | Projected | Difference | Actual | Projected | Difference | | Actual | Projected | Difference |
|---|---|---|---|---|---|---|---|---|---|---|
| Oct 2016 | | | | | | | Starting Balance | -$18,246.40 | $886.11 | -$19,132.51 |
| Oct 2016 | $672.12 | $340.55 | $331.57 | $0.00 | $45.18 | -$45.18 | PMI Insurance | -$17,574.28 | $1,181.48 | -$18,755.76 |
| Oct 2016 | $0.00 | $0.00 | $0.00 | $45.18 | $0.00 | $45.18 | PMI Insurance | -$17,619.46 | $1,181.48 | -$18,800.94 |
| Nov 2016 | $336.06 | $340.55 | -$4.49 | $0.00 | $45.18 | -$45.18 | PMI Insurance | -$17,283.40 | $1,476.85 | -$18,760.25 |
| Dec 2016 | $740.00 | $340.55 | $399.45 | $0.00 | $45.18 | -$45.18 | PMI Insurance | -$16,543.40 | $1,772.22 | -$18,315.62 |
| Jan 2017 | $370.00 | $340.55 | $29.45 | $0.00 | $45.18 | -$45.18 | PMI Insurance | -$16,173.40 | $2,067.59 | -$18,240.99 |
| Jan 2017 | $0.00 | $0.00 | $0.00 | $1,070.26 | $1,070.22 | $0.04 | FRANKLIN COUNTY (W)(5) | -$17,243.66 | $997.37 | -$18,241.03 |
| Jan 2017 | $0.00 | $0.00 | $0.00 | $15.31 | $0.00 | $15.31 | PMI Insurance | -$17,258.97 | $997.37 | -$18,256.34 |
| Feb 2017 | $740.00 | $340.55 | $399.45 | $0.00 | $45.18 | -$45.18 | PMI Insurance | -$16,518.97 | $1,292.74 | -$17,811.71 |
| Feb 2017 | $0.00 | $0.00 | $0.00 | $15.31 | $0.00 | $15.31 | PMI Insurance | -$16,534.28 | $1,292.74 | -$17,827.02 |
| Mar 2017 | $370.00 | $340.55 | $29.45 | $0.00 | $45.18 | -$45.18 | PMI Insurance | -$16,164.28 | $1,588.11 | -$17,752.39 |
| Mar 2017 | $0.00 | $0.00 | $0.00 | $15.31 | $0.00 | $15.31 | PMI Insurance | -$16,179.59 | $1,588.11 | -$17,767.70 |
| Apr 2017 | $1,110.00 | $340.55 | $769.45 | $0.00 | $45.18 | -$45.18 | PMI Insurance | -$15,069.59 | $1,883.48 | -$16,953.07 |
| Apr 2017 | $0.00 | $0.00 | $0.00 | $15.31 | $0.00 | $15.31 | PMI Insurance | -$15,084.90 | $1,883.48 | -$16,968.38 |
| May 2017 (estimate) | $15,828.94 | $340.55 | $15,488.39 | $15.31 | $45.18 | -$29.87 | PMI Insurance | $728.73 | $2,178.85 | -$1,450.12 |
| Jun 2017 (estimate) | $310.68 | $340.55 | -$29.87 | $15.31 | $45.18 | -$29.87 | PMI Insurance | $1,024.10 | $2,474.22 | -$1,450.12 |
| Jun 2017 (estimate) | $0.00 | $0.00 | $0.00 | $1,070.26 | $1,070.22 | $0.04 | FRANKLIN COUNTY (W)(5) | -$46.16 | $1,404.00 | -$1,450.16 |
| Totals | $20,477.80 | $3,064.95 | $17,412.85 | $2,277.56 | $2,547.06 | -$269.50 | | | | |

Wells Fargo Home Mortgage is a division of Wells Fargo Bank, N.A. ©2016 Wells Fargo Bank, N.A. All rights reserved.
NMLSR ID 399801  9/16

EQUAL HOUSING LENDER

**Important notice**

Your mortgage may require private mortgage insurance (PMI) which protects lenders against financial loss should borrowers default on their mortgage. Under certain circumstances, federal law allows you to cancel PMI or requires that PMI be automatically terminated. This could reduce your mortgage payment. If you paid for the PMI policy upfront at the time of closing, cancelling PMI will not impact your monthly mortgage payment amount.

**Under Federal law**

If you obtained your mortgage on or after July 29, 1999 and used the funds to purchase, construct, or refinance your primary residence, your mortgage is covered by the Homeowners Protection Act of 1998 (HPA). If you obtained your mortgage before July 29, 1999, or if your property has multiple units or is an investment property, your loan is not covered by the HPA.

There are two ways in which you may proceed:

1. **Cancellation requested by borrower**
   You can request to have the PMI cancelled on or after either of these dates:
   - The date the principal balance of your mortgage is first scheduled to reach 80% of the original value of the property.
   - The date the principal balance actually reaches 80% of the original value of the property.

   You must also meet these qualifications:
   - Your loan must be current on your mortgage payments with no past due payments owed. You must also have a good payment history. A good payment history is defined as not having any payments 30 or more days late in the last 12 months and no payments 60 or more days late in the last 24 months.
   - At your own expense, you must order a new valuation through us that shows the value of your property has not declined below its original value. Original value is defined as the lesser of either the appraisal value of your property when your loan closed or the actual price you paid for your property. If your loan has been modified, we will use the modified value of your property.

2. **Automatic termination of PMI**
   We will automatically terminate your PMI on the following date:
   - The date the principal balance of your mortgage is first scheduled to reach 78% of the original value of the property.
   - While not required by the HPA, we will also allow you to make a principal payment to reach 78% of the original value of the property.

   You must also meet these qualifications:
   - You are up-to-date on your mortgage payments.
   - If you are not current on your mortgage payments as of the scheduled termination date, your PMI will automatically be terminated when you become current.

   In any event, PMI will not be required beyond the midpoint of your amortization period for the loan as long as you are current on your mortgage payments.

**Investor options**

The investor who owns your loan may allow additional options to cancel PMI using your property's current value. To learn more about your specific investor options, please contact us.

**Are you eligible to have your PMI cancelled or terminated?**

Our servicing representatives will be happy to let you know if you meet the requirements to have your PMI cancelled or terminated. They will advise you whether an appraisal is required.

If you have any questions or need further assistance, please contact us at the phone number provided on the front of the statement.